ACCEPTED
12-15-00038-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/30/2015 3:45:19 PM
CATHY LUSK
CLERK

## NO. 12-15-00038-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE TWELFTH COURT** |
| | § | **OF APPEALS** |
| **VS.** | § | |
| | § | |
| **DANNY RAY SOWELL** | § | **TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/30/2015 3:45:19 PM
CATHY S. LUSK
Clerk

### MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes **DANNY RAY SOWELL**, Appellee in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 294th Judicial District Court of Van Zandt County, Texas.

2. The case below was styled the *STATE OF TEXAS vs. DANNY RAY SOWELL*, and numbered WR14-00136.

3. Appellant's brief was filed on March 27, 2015.

4. The appellee's brief was due on April 27, 2015.

5. Appellee does not requests an additional extension of time to file his brief as it was filed on April 29, 2015

6. No previous extension to file the brief has been received in this cause.

7. Appellee is not currently incarcerated.

8. Appellee relies on the following facts as good cause for the requested extension:

On April 13, 2015, Appellee finished his brief in response to Appellant's brief and attempted to efile his respone. Appellee's attorney is not very familiar with efiling.

Appellee requested assistance from a 3rd party in his attempt to file the brief. Apparently, the brief was filed as service only. The Van Zandt County Criminal District Attorney, the other party to this matter, was the recipient. Appellee's attorney did not realize that the brief had not been filed with the Court of Appeals. On April 29, 2015, Appellee's attorney was reviewing the Court of Appeals website and realized that his brief was not filed with the Court. Appellee's attorney immediately called the Clerk's office and did his best to rectify the situation. The Appellee's brief was filed on April 29, 2015.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Dean White,
Attorney at Law
690 West Dallas
P.O. Box 155
Canton, Texas 75103
Tel: (903) 567-4155
Fax: (903) 567-4964


By: /s/ Dean White
_____
Dean White
State Bar No. 21299500
Attorney for **DANNY RAY SOWELL**

## CERTIFICATE OF SERVICE

This is to certify that on April 30, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Van Zandt County, 400 S. Buffalo, Canton, Texas 75103, by electronic service through the Electronic Filing Manager to chrismartin@vanzandtcounty.org.

/s/ Dean White

**Dean White**

STATE OF TEXAS § § §

COUNTY OF VAN ZANDT

## <u>AFFIDAVIT</u>

**BEFORE ME**, the undersigned authority, on this day personally appeared Dean White, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."



Dean White
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on April 29, 2015, to certify which witness my hand and seal of office.

BECKY LYNN KANOFF
Notary Public
STATE OF TEXAS
My Comm. Exp. November 21, 2016

Notary Public, State of Texas